

# Fourth Court of Appeals
## San Antonio, Texas

May 23, 2022

No. 04-22-00038-CV

**IN THE ESTATE OF EMILY D. PRIETO**, Deceased

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2008-PB7-000086L1
Honorable Hugo Martinez, Judge Presiding

# O R D E R

Sitting:     Luz Elena D. Chapa, Justice
              Irene Rios, Justice
              Beth Watkins, Justice

Appellant's brief was due May 18, 2022 after receiving two extensions of time totaling sixty days. On May 16, 2022, appellant filed a third motion requesting an extension of time until July 8, 2022 to file his brief. After consideration, we **grant** the request and **order** appellant to file his brief **by July 8, 2022**. **Counsel is advised further requests for extensions of time will be disfavored absent extraordinary circumstances.**

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of May, 2022.

_____
Michael A. Cruz,
Clerk of Court